UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **FIBERCO, INC.** | § | |
| | § | |
|     **Plaintiff,** | § | |
| | § | |
| vs. | § | **CIVIL ACTION NO.: 3:22-cv-525** |
| | § | |
| **ACADIA INSURANCE COMPANY and** | § | |
| **UNION STANDARD LLOYDS d/b/a** | § | |
| **UNION STANDARD INSURANCE GROUP,** | § | |
| | § | |
|     **Defendants.** | § | |

___

### DEFENDANT ACADIA INSURANCE COMPANY'S NOTICE OF REMOVAL
___

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant Acadia Insurance Company ("Acadia") respectfully petitions this Court for removal of the above-entitled action to the United States District Court for the Northern District of Texas from the 116th Judicial District Court of Dallas County, Texas, and for its Notice of Removal states:

### I.
### REMOVAL JURISDICTION

1. This action, entitled *Fiberco, Inc. v. Acadia Insurance Company, et al,* pending in the 116th Judicial District Court of Dallas County, Texas, Cause No. DC-21-18011, was commenced against Acadia and "Union Standard Lloyds d/b/a Union Standard Insurance Group" ("USL") via the filing of Plaintiff's Original Petition (the "Petition") on or about December 20, 2021. *See* Exhibit A, Index of Documents Filed In State Court, Attachment __ at 1.

2.      Defendant Acadia was served with citation on February 11, 2022. Defendant USL has not been served with citation. This notice of removal is timely filed pursuant to 28 U.S.C. § 1446(b).

3.      Plaintiff Fiberco is a corporation organized and exiting under the laws of the State of Texas. *See* Exhibit A, Attachment 1 at 2, paragraph 3.1. On information and belief, Plaintiff's principal place of business is in Texas. Therefore, Acadia alleges that Fiberco is a citizen of Texas.

4.      Defendant Acadia is a corporation formed under the laws of the State of Iowa with its principal place of business in Maine. Acadia is therefore a citizen of Iowa and Maine.

5.      Contrary to Plaintiff's pleading, Defendant USL did not have any role in underwriting Plaintiff's policy with Acadia, insuring Plaintiff's property, or adjusting Plaintiff's claim. Accordingly, there is no possibility that Plaintiff might recover against USL on any pleaded cause of action. Defendant USL is therefore improperly joined and its citizenship should be disregarded for purposes of determining diversity.

6.      Plaintiff further incorrectly asserts that USL does business as Union Standard Insurance Group. *See* Exhibit A, Attachment 1.[1]

7.      Removal is proper because there is complete diversity between the properly named parties under 28 U.S.C. § 1332.

## II.
## AMOUNT IN CONTROVERSY

8.      This is a civil action in which the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs. Plaintiff seeks "monetary relief over $1,000,000." Exhibit A, Attachment 1 at 2.1. Thus, it is apparent from Plaintiff's Petition that the damages sought by

---

[1] Plaintiff erroneously alleges that Defendant USL is a Texas corporation. *See* Exhibit A, Attachment 1 at 2, paragraph 3.3. However, USL is a Texas "Loyd's plan" insurer organized under Chapter 941 of the Texas Insurance Code.

Plaintiff is greater than $75,000. Therefore, the amount in controversy requirement of 28 U.S.C. § 1332(a) is satisfied.

## III.
## ATTACHMENTS

9. In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Acadia in the state court action are attached to this notice. *See* Exhibit A.

## IV.
## NOTICE TO STATE COURT

10. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this notice of removal will promptly be given to all parties and to the clerk of the 116th Judicial District Court of Dallas County, Texas.

11. Pursuant to Federal Rule of Civil Procedure 38, Acadia demands a trial by jury.

## V.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Acadia respectfully gives notice that this state court action has been removed and placed on this Court's docket for further proceedings. Acadia further requests any additional relief to which they may be justly entitled.

Respectfully submitted,

*/s/ Jennifer Martin*
JENNIFER MARTIN
Texas Bar No. 00794233
Email: jennifer.martin@wilsonelser.com
**WILSON ELSER MOSKOWITZ
 EDELMAN & DICKER, LLP**
901 Main Street, Suite 4800
Dallas, Texas  75202-3758
Telephone:  (214) 698-8000
Facsimile: (214) 698-1101
**ATTORNEY FOR DEFENDANT
ACADIA INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing document has been forwarded to counsel of record in accordance with the Federal Rules of Civil Procedure, on this the 4th day of March, 2022.

  Baltasar D. Cruz
  BaltasarDCruz@aol.com
  2929 Carlisle St. Suite 115
  Dallas, Texas 75204

               */s/Jennifer Martin*
               **Jennifer Martin**